IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01683-REB-KLM

COTTONWOOD ENVIRONMENTAL LAW CENTER,

    Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE, and
CATHEY WILLIS, Region 6 FOIA Coordinator,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File Amended Complaint** [Docket No. 8; Filed August 20, 2010] (the "Motion"). A party is free to amend its Complaint once as a matter of course pursuant to Fed. R. Civ. P. 15(a). Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Court accepts the Amended Complaint for Declaratory and Injunctive Relief [Docket No. 8-1] for filing as of today's date.

Dated: August 20, 2010